IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
    V. ) Criminal No. 02-65
)
KARL F. KLEINPASTE )

### ORDER OF COURT

AND NOW, to-wit, this 7th day of Aug, 2006, upon consideration of the foregoing Motion to Amend Conditions of Home Confinement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. It is FURTHER ORDERED that the defendant's home confinement portion of this sentence be removed and the defendant shall report in person to the Probation Officer as directed by the Probation Office.

Gary L. Lancaster
United States District Judge