IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
V. ) Criminal No. 02-65
)
KARL P. KLEINPASTE )

### ORDER OF COURT

AND NOW, to-wit, this _16_ day of _Dec_, 2008, upon consideration of the foregoing Motion to Terminate Supervised Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. IT IS FURTHER ORDERED that Karl P. Kleinpaste's sentence of supervised release is hereby terminated.

_____
Gary L. Lancaster
United States District Judge